William W. Blomberg, Appellant, v. Donald McDermaid, Appellee.

Gen. No. 9,438.

opinion filed August 3, 1939. B. Jay Knight, J. E. Goembel and Frederick H. Haye, for appellant; Frank E. Maynard, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."